STATE OF NORTH DAKOTA                                IN DISTRICT COURT

COUNTY OF WILLIAMS                                   NORTHWEST JUDICIAL DISTRICT

The Westmoreland Company, Inc.,                      CASE NO. 53-2013-CV-01395

           Plaintiff,

vs.

SE/Z Construction, LLC; KLE Construction,            ANSWER, COUNTERCLAIM
LLC; Xtreme Electric Contractors, LLC, Strata        AND CROSSCLAIM OF CAL-DAK
Corporation; American Engineering Testing,           CABINETS, INC.
Inc.; Sandcreek Welding, Inc.; The Sherwin-
Williams Company; Williams Plumbing &
Heating, Inc.; Camp Land Surveyors PLLC;
Northern Improvement Company; Wutke,
LLC; Cal-Dak Cabinets, Inc. and Ace Fire
Suppression, LLC,

           Defendants.

## ANSWER

For its ANSWER to the Second Amended Complaint, Cal-Dak Cabinets, Inc. (hereafter "Cal-Dak") states and alleges as follows:

1. Unless specifically admitted, Cal-Dak denies every allegation of the Second Amended Complaint.

2. Paragraph 1 is admitted.

3. Paragraph 2 is admitted.

4. Cal-Dak lacks sufficient information to admit paragraphs 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 14

5. Paragraph 13 is admitted.

6. Paragraph 15 is admitted.

7. With respect to paragraphs 16, 17, 18 and 19 the provisions of the Contract speak for themselves.

**EXHIBIT "E"**
**Page 1 of 12**

Filed - Clerk of District Court
9/19/2014 4:55:28 PM
Williams County, ND

8. Cal-Dak lacks sufficient information to admit paragraphs 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30 and 31.

9. Paragraph 32 is admitted.

10. Cal-Dak lacks sufficient information to admit paragraphs 33, 34 or 35.

11. Paragraph 36 realleges and incorporates previous paragraphs by reference therefore, no additional response is required. To the extent any additional response is necessary, Cal-Dak incorporates its prior responses to those allegations.

12. Paragraph 37 is admitted.

13. Paragraph 38 is denied.

14. Paragraph 39 realleges and incorporates previous paragraphs by reference therefore, no additional response is required to the extent any additional response is necessary, Cal-Dak incorporates its prior responses to those allegations.

15. Cal-Dak lacks sufficient information to admit paragraphs 40 or 41.

16. Paragraph 42 realleges and incorporates previous paragraphs by reference therefore, no additional response is required to the extent any additional response is necessary, Cal-Dak incorporates its prior responses to those allegations.

17. Cal-Dak lacks sufficient information to admit paragraphs 43 or 44.

18. As to paragraph 45, Cal-Dak denies that Westmoreland's claim to any portion of the Funds to compensate it for attorney's fees and court costs has priority over or is otherwise entitled to payment in lieu of any portion of Cal-Dak's claim.

19. Cal-Dak lacks sufficient information to admit paragraphs 46, 47 or 48. However, Cal-Dak admits that it has not, in any respect, colluded with Westmoreland or any of the other defendants.

20. Cal-Dak affirmatively alleges that the Second Amended Complaint fails to state a claim upon which relief can be granted.

21. Cal-Dak reserves all defenses available to it under N.D.R.Civ.P. 12.

22. Cal-Dak reserves the right to amend this Answer to include any and all defenses that may become available or apparent through the course of discovery including, but not limited to, those under N.D.R.Civ.P. 8(c) and N.D.R.Civ.P. 12.

## COUNTERCLAIM

For its COUNTERCLAIM, Cal-Dak Cabinets, Inc. states and alleges as follows:

23. Cal-Dak is a Corporation organized under the laws of the state of North Dakota. Its principal offices are located at 2410 30th Ave., Northwest, Minot, North Dakota. Cal-Dak is engaged in the business of manufacturing cabinets and millwork.

24. According to the records of the North Dakota Secretary of State, The Westmoreland Company, Inc. is a foreign corporation organized under the laws of Alabama with its principal offices located in Huntsville, Alabama. Westmoreland is authorized to transact business in the state of North Dakota. Westmoreland is believed to be engaged in the business of real estate development and leasing.

25. According to the records of the North Dakota Secretary of State, SE/Z Construction, LLC is a foreign limited liability company organized under the laws of Idaho with its principal offices located in Idaho Falls, Idaho. SE/Z Construction, LLC is authorized to transact business in the state of North Dakota and holds a Class A contractor's license (#46571).

26. Westmoreland is believed to be the record title owner of the following real property located in Williams County, North Dakota (the "Property"):

Lot 4, Block 4, Bakken Industrial Park Subdivision to the City Williston, ND.

27. Westmoreland and SE/Z Construction are believed to have entered into an agreement for improvement of the Property.

28. Pursuant to an agreement with SE/Z Construction, LLC, Cal-Dak, in good faith, improved the Property by providing labor and materials between August 14, 2013 and August 29, 2013. The reasonable value of the improvements contributed by Cal-Dak is $9,525.00, plus interest the entire balance of which remains unpaid.

29. Cal-Dak has not been paid for the reasonable value of its improvements to the Property.

30. Pursuant to N.D.C.C. Chapter 35-27, Cal-Dak is entitled to a Construction Lien, which attached to the Property and took effect from the time the first item of material or labor was furnished by Cal-Dak for improvement of the Property. Cal-Dak's Construction Lien is preferred to any mortgage or other encumbrance not of record.

31. Pursuant to N.D.C.C. Chapter 35-27, Cal-Dak mailed a Notice of Intention to File a Construction Lien to Westmoreland by certified mail on February 10, 2014. A copy of the Notice of Intention to File a Construction Lien is attached as Exhibit A.

32. Cal-Dak subsequently recorded a Construction Lien in the office of the Williams County Recorder on March 12, 2014 as Document No. 781689. A copy of the Construction Lien is attached as Exhibit B. The Construction Lien was filed within 90 (ninety) days after Cal-Dak last furnished services and materials to the Property.

33. Pursuant to N.D.C.C. Chapter 35-27, Cal-Dak is entitled to foreclose its Construction Lien against the Property for the full amount stated in the Construction Lien, together with accrued interest, its attorney's fees and costs and to have the order of priority with regard to other lien claimants determined by the Court. In the event that sale of the Property does not satisfy the full amount of indebtedness owed to Cal-Dak after payment

**EXHIBIT "E"**
**Page 4 of 12**

of prior liens and encumbrances (if any), Cal-Dak is entitled to a money judgment for any deficiency.

34. In the alternative, if Cal-Dak is not allowed to enforce its Construction Lien and Westmoreland is not required to pay Cal-Dak the reasonable value of Cal-Dak's improvements to the Property, Westmoreland will be unjustly enriched and, as a direct result, Cal-Dak will be damaged. There is no justification for the enrichment of Westmoreland at the expense of Cal-Dak and it would be inequitable to permit Westmoreland to retain the value of the materials and services supplied by Cal-Dak without payment of the reasonable value of those materials and services.

## CROSSCLAIM

For its CROSS-claim, Cal-Dak states and alleges as follows:

35. Cal-Dak's preceding allegations are incorporated by reference.

36. Pursuant to its agreement with SE/Z Construction, LLC, Cal-Dak, in good faith, fully performed its obligations and improved the Property by providing labor and materials between August 14, 2013 and August 29, 2013. The reasonable value of those improvements contributed by Cal-Dak is $9,525.00, plus interest.

37. Despite demand, Cal-Dak has not received payment for its labor and materials.

38. SE/Z Construction's failure and/or refusal to pay Cal-Dak for its labor and materials constitute a breach of the parties' agreement.

39. As a result of SE/Z Construction's breach, Cal-Dak has been damaged.

WHEREFORE, Cal-Dak respectfully requests judgment as follows:

1. dismissing the Second Amended Complaint, with prejudice;

2. determining Cal-Dak to have a valid, subsisting and enforceable Construction Lien on the Property,

3. determining the priority of any other construction liens, encumbrances and/or claims;

4. authorizing foreclosure of Cal-Dak's Construction Lien, making the usual decree for sale of the Property by the Williams County Sheriff to satisfy Cal-Dak's lien, directing application of the proceeds of such sale to satisfy Cal-Dak's Construction Lien and awarding Cal-Dak a money judgment for any deficiency in the event that sale of the Property does not satisfy the full amount of indebtedness owed to Cal-Dak;

5. if Cal-Dak's Construction Lien is determined to be unenforceable, awarding Cal-Dak judgment against SE/Z Construction for the reasonable value of the labor and materials supplied to the Property by Cal-Dak, together with interest thereon;

6. awarding Cal-Dak its costs and disbursements, including attorney's fees as allowed by law or by contract; and

7. awarding Cal-Dak such other relief the Court deems equitable or proper.

Dated: September 19, 2014                MCGEE, HANKLA & BACKES, PC

                                         BY:   /s Bryan Van Grinsven
                                               Bryan Van Grinsven, (ND 05357)
                                         E-mail: bvangrinsven@mcgeelaw.com
                                         2400 Burdick Expy. E., Ste. 100
                                         PO Box 998
                                         Minot, ND 58702-0998
                                         701-852-2544
                                         701-838-4724 (FAX)
                                         Attorneys for Cal-Dak Cabinets, Inc.

**EXHIBIT "E"**
**Page 6 of 12**

## NOTICE OF INTENTION TO FILE CONSTRUCTION LIEN

TO:   The Westmoreland Company, Inc.
      200 Randolph Avenue
      Huntsville, AL 35801

Certified Mail #70101870000278446610

NOTICE IS HEREBY GIVEN that it is the intention of Cal-Dak Cabinets, Inc., of 2410 30th Avenue NW, Minot, ND 58703, to claim a Construction Lien and file the same with the Williams County Recorder, for labor and materials contributed by Cal-Dak Cabinets, Inc., as sub-contractor to the below-described real estate situated in the County of Williams, State of North Dakota, to-wit:

**Lot 4, Block 4, Bakken Industrial Park Subdivision to the City of Williston**

for the sum of $9,525.00. Said amount is due and owing to said claimant for the furnishing of materials and providing labor necessary to install the same upon said premises.

According to the information available to the claimant, the owner of the above-described real estate is The Westmoreland Company, Inc.. Demand is hereby made upon you to forthwith pay the sum of $9,525.00, plus interest. A Construction Lien against the improvements on the interest of the owner will be perfected according to the law unless the account is paid in full within ten (10) days of the date of receipt of this Notice. If you have any questions, please contact Brian W. Hankla at 701-852-2544.



EXHIBIT E
Page 7 of 12

Brian W. Hankla certifies that he is the attorney and authorized agent of Cal-Dak Cabinets, Inc., for purposes of this Notice; that he has prepared and reviewed the Notice of Intention to File a Construction Lien and that the same is true and correct to the best of his knowledge, information and belief.

Dated: February 10, 2014                MCGEE, HANKLA, BACKES & DOBROVOLNY, P.C.

BY: _____
Brian W. Hankla (I.D. No. 04728)
Suite 305, Wells Fargo Bank Center
15 Second Ave. S.W.
P.O. Box 998
Minot, ND 58702-0998
Telephone No: (701) 852-2544
Attorneys for Cal-Dak Cabinets, Inc.

STATE OF NORTH DAKOTA    )
                         ) ss.
COUNTY OF WARD           )

Brian W. Hankla, being first duly sworn on oath, deposes and hereby verifies and states that he is the attorney for Cal-Dak Cabinets, Inc. and is acting as the duly authorized agent of said company for purposes of this Notice of Intention to File Construction Lien; that he has prepared and reviewed the Notice and that the same is true and correct to the best of his knowledge, information and belief.

_____
Brian W. Hankla

Subscribed and sworn to before me this 10th day of February, 2014.

_____
Notary Public        (SEAL)

```
TRACY VIZZIER
Notary Public
State of North Dakota
My Commission Expires June 27, 2014
```

**EXHIBIT "E"**
**Page 8 of 12**

## CONSTRUCTION LIEN

Brian W. Hankla, being first duly sworn, deposes and states that he is the attorney for Cal-Dak Cabinets, Inc., and is acting as the duly authorized agent of said corporation, and states that Cal-Dak Cabinets, Inc. furnished labor and materials necessary for improvements upon following-described real estate and situated in the County of Williams, State of North Dakota, to-wit:

> **Lot 4, Block 4, Bakken Industrial Park Subdivision to the City of Williston**

That Cal-Dak Cabinets, Inc. claims a Construction Lien for the sum of $9,525.00, plus interest, upon the property described above in accordance with Chapter 35-27 of the North Dakota Century Code.

Said amounts are due and owing for the furnishing of materials and providing labor necessary for improvements upon the above-described property pursuant to an agreement with SE/Z Construction, LLC. The date of the first contribution of labor and/or materials pursuant to said agreement by Cal-Dak Cabinets, Inc. was August 14, 2013. The date of the last contribution of labor and/or materials pursuant to said agreement by Cal-Dak Cabinets, Inc. was August 29, 2013.

Dated: March 10, 2014         MCGEE, HANKLA, BACKES & DOBROVOLNY, P.C.

BY: _____
Brian W. Hankla (ND #04728)
bhankla@mcgeelaw.com
Wells Fargo Center, Suite 305
15 - 2nd Ave SW
PO Box 998
Minot, ND 58702-0998
701-852-2544
701-838-4724 (Fax)
Attorneys for Cal-Dak Cabinets, Inc.



**781689**
Page: 1 of 2
3/12/2014 9:55 AM
CL      $13.00
WILLIAMS COUNTY, ND



EXHIBIT "E"
Page 9 of 12

STATE OF NORTH DAKOTA ) 
) ss.
COUNTY OF WARD )

Brian W. Hankla, being first duly sworn on oath, deposes and hereby verifies and states that he is the attorney for Cal-Dak Cabinets, Inc. and is acting as the duly authorized agent of said corporation for purposes of this Construction Lien; that he has prepared and reviewed the Construction Lien and that the same is true and correct to the best of his knowledge, information and belief.

Brian W. Hankla

Subscribed and sworn to before me this 10th day of March, 2014.

Notary Public    (SEAL)

TRACY VIZZIER
Notary Public
State of North Dakota
My Commission Expires June 27, 2014



781689
Page: 2 of 2
3/12/2014 9:55 AM
CL    $13.00

WILLIAMS COUNTY, ND

COUNTY RECORDER, WILLIAMS COUNTY, ND    3/12/2014 9:55 AM
I certify that this instrument was filed and recorded
Kari Evenson, County Recorder
by Jenni Benderson Deputy    781689

| STATE OF NORTH DAKOTA | IN DISTRICT COURT |
|---|---|
| COUNTY OF WILLIAMS | NORTHWEST JUDICIAL DISTRICT |

| | |
|---|---|
| The Westmoreland Company, Inc., <br><br>Plaintiff, <br><br>vs. <br><br>SE/Z Construction, LLC, KLE Construction, LLC, Xtreme Electric Contractors, LLC, Strata Corporation, American Engineering Testing, Inc., Sandcreek Welding, Inc., The Sherwin-Williams Company, Williams Plumbing & Heating, Inc., Camp Land Surveyors PLLC, Northern Improvement Company, Wutke, LLC, Cal-Dak Cabinets, Inc., Ace Fire Protection, LLC, <br><br>Defendant. | **CASE NO. 53-2013-CV-01395** <br><br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on September 19, 2014, the following document(s):

**ANSWER, COUNTERCLAIM AND CROSSCLAIM OF CAL-DAK CABINETS, INC.
(WITH EXHIBITS A AND B)**

was/were served by electronic transmission upon the following:

| | |
|---|---|
| Robert J. Pathroff <br> rpathroff@vogellaw.com <br> *Attorneys for Plaintiff* | Allen J. Flaten <br> allenflaten@northdakotalaw.net <br> *Attorneys for Strata Corporation* |

1

| | |
|---|---|
| Clark J. Bormann<br>cbormann@bmmelaw.com<br>Margaret C. Weamer<br>mweamer@lawmt.com<br>*Attorneys for Xtreme Electric* | Ryan Christopher McCamy<br>rmccamy@nilleslaw.com<br>*Attorneys for Sherwin-Williams Company* |
| David A. Tschider<br>dtschider@tschider-smithlaw.com<br>*Attorneys for KLE Construction* | Steve Almondinger<br>sandcreekwelding@msn.com<br>*Pro Se* |
| Daniela E. Pavuk<br>dpavuk@crowleyfleck.com<br>Alan C. Bryan<br>abryan@crowleyfleck.com<br>Bradley C. Sweat<br>bsweat@crowleyfleck.com<br>*Attorneys for SE/Z Contruction* | |

DATED September 19, 2014.            McGee, Hankla & Backes, PC

                    BY:   /s Bryan Van Grinsven
                            Bryan Van Grinsven, (ID 05357)
                            bvangrinsven@mcgeelaw.com
                            2400 Burdick Expy E., Ste. 100
                            PO Box 998
                            Minot, North Dakota  58702-0998
                            (701) 852-2544
Attorneys for Cal-Dak Cabinets, Inc.