| | |
|---|---|
| STATE OF NORTH DAKOTA | IN DISTRICT COURT |
| COUNTY OF WILLIAMS | NORTHWEST JUDICIAL DISTRICT |
| The Westmoreland Company, Inc.,<br><br>                      Plaintiff,<br><br>vs.<br><br>SE/Z Construction, LLC, KLE Constructions, LLC, Xtreme Electric Contractors, LLC, Strata Corporation, Sandcreek Welding, Inc., The Sherwin-Williams Company, Williams Plumbing & Heating, Inc., Camp Land Surveyors PLLC, Northern Improvement Company, Wutke, LLC, Cal-Dal Cabinets, Inc., Ace Fire Protection, LLC,<br>                      Defendants. | CASE NO. 53-2013-CV-01395<br><br>**DEFENDANT WUTKE, LLC'S ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT, COUNTERCLAIM, AND CROSSCLAIM** |

[¶1] Defendant, Wutke, LLC, ("Wutke") answers Plaintiff's Second Amended Complaint as follows:

## ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT

[¶2] Wutke lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraphs 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, and 11 of Plaintiff's Second Amended Complaint.

[¶3] Wutke admits the allegations contined in paragraph 12 of of Plaintiff's Second Amended Complaint.

[¶4] Wutke lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraphs 13, 14, and 15 of Plaintiff's Second Amended Complaint.

[¶5] With regards to the allegations contained in paragraphs 16, 17, 18, and 19, the contract speaks for itself.

1

**EXHIBIT "F"**
**Page 1 of 8**
Filed - Clerk of District Court
9/22/2014 9:53:09 PM
Williams County, ND

[¶6] Wutke lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraphs 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, and 32 of Plaintiff's Second Amended Complaint.

[¶7] Wutke admits the allegations contained in paragraph 33 of Plaintiff's Second Amended Complaint.

[¶8] Wutke lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraphs 34 and 35 of Plaintiff's Second Amended Complaint.

[¶9] Wutke admits the allegations contained in paragraph 37 of Plaintiff's Second Amended Complaint.

[¶10] Wutke admits the allegations contained in paragraph 38 of Plaintiff's Second Amended Complaint.

[¶11] Wutke lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraphs 40, 41, 43, 44, 45, 46, 47, and 48 of Plaintiff's Second Amended Complaint.

## AFFIRMATIVE DEFENSES

[¶12] Pending completion of discovery, Wutke alleges and incorporates by reference all affirmative defenses available pursuant to Rules 8, 9, and 12 of the North Dakota Rules of Civil Procedure.

## COUNTERCLAIM

### COUNT 1 – LIEN FORECLOSURE

[¶13] Upon information and belief, Plaintiff is the record title owner of the following real property located in Williams County, North Dakota (the "Property"):

> Bakken Industrial Park Subdivision, Lot 4, Block 4

[¶14]  On January 15, 2013, SE/Z Construction, LLC ("SE/Z") and Wutke entered into a Subcontract to install fencing on the Property for a contract price of $112,353.00. Subsequently, a change order was approved by SE/Z on February 26, 2014, increasing the contract amount to $115,036.00.

[¶15]  On or about December 23, 2013, Wutke completed work on the property, pursuant to its agreement with SE/Z. Despite repeated demands for payment, no part of the contract price has yet been paid to Wutke.

[¶16]  As a result of nonpayment, Wutke sent a Notice of Intention to File a Construction Lien to Plaintiff on March 14, 2014, demanding full payment of the contract price, plus interest. Said Notice was recorded in the office of the Williams County Recorder on March 18, 2014 as Document Number 781955.

[¶17]  A Construction Lien, in the amount of $115,036.00, plus interest, was subsequently recorded, as Document Number 783086, against the Property on April 4, 2014. As it stands, said Construction Lien remains wholly unsatisfied.

[¶18]  Pursuant to N.D.C.C. § 35-27-24, Wutke is entitled to an order and declaratory judgment authorizing the foreclosure of its Construction Lien and directing the Williams County Sheriff to sell the Property to satisfy its Construction Lien and satisfy the amounts owed to Wutke.

[¶19]  In the event a deficiency remains after the sale of the Property, Wutke is entitled to an execution for such deficiency.

[¶20]  Wutke is entitled to an award in the full amount of all costs incurred in enforcing its Construction Lien.

COUNT 2 – UNJUST ENRICHMENT

[¶21]  In the alternative, Wutke performed improvements on the Property, for which Plaintiff has

been enriched.

[¶22] As a result of said improvements, Wutke has been impoverished in the amount of $115,036.00. Such impoverishment is unjustified.

[¶23] In the event that no alternative remedy at law is available to Wutke, it is entitled to an equitable claim for unjust enrichment.

## CROSSCLAIM

### COUNT 1 – BREACH OF CONTRACT

[¶24] Wutke incorporates all its preceding statements and allegations as set forth herein.

[¶25] Upon information and belief, SE/Z has been compensated by Plaintiff in an amount sufficient to cover SE/Z's contractual liabilities to all its subcontractors.

[¶26] Nevertheless, in direct breach of the terms of the contract between SE/Z and Wutke, and despite completion of the work anticipated under said contract, SE/Z has retained, for itself, some of the payments received from Plaintiff, and failed to pay any part of the contract price it owes to Wutke.

[¶27] As a result of said breach, Wutke has been damaged in the amount of $115,036.00, plus interest at the maximum statutory rate.

### COUNT 2 – UNJUST ENRICHMENT

[¶21] In the alternative, Wutke performed improvements on the Property, for which SE/Z has been enriched through payments from the Plaintiff.

[¶22] As a result of said improvements, Wutke has been impoverished in the amount of $115,036.00. Such impoverishment of Wutke and enrichment of SE/Z is unjustified.

[¶23] In the event that no alternative remedy at law is available to Wutke, it is entitled to an equitable claim for unjust enrichment against SE/Z.

**WHEREFORE,** Wutke requests judgment of the Court as follows:

1. Judgment in favor of Wutke, denying Plaintiff the relief that it seeks, particularly with respect to Wutke's interest in the subject properties, and ordering that Wutke's Construction Liens are valid and enforecable.

2. Judgment in favor of Wutkeand against all parties adjudging a specific Construction Lien upon the Property in the amount of $115,036.00, plus interest, reimbursable costs, and disbursements;

3. Judgment determining the amount, validity, and priority of all liens and encumbrances asserted against the Property;

4. An order that all persons claiming interest in the Properties subsequent to the filing of this action in the Office of the Clerk of District Court for Williams County, North Dakota, and every person whose conveyance or encumbrance is subsequent, or subsequently recorded, filed, docketed, be forever barred and foreclosed of all right, title, claim, lien, and equity of redemption in said interests against the Property or any part thereof.

5. Judgment directing the enforcement and foreclosure of Wutke's Construction Lien and the sale of the Property by the Sheriff of Williams County, North Dakota, or one of the Sheriffs deputies, to satisfy Wutke's Construction Liens according to law.

6. That the monies arising from the sale be brought into Court. That Wutke be paid therefrom the amount adjudged to be due it, with interest thereon on the time of such payment, together with the costs and expenses of this action and the expenses of such sale, so far as the amount of such money properly applicable thereto will pay the same.

7. That Wutke have prejudgment interest, costs and disbursements, and allowable attorneys'

fees in this action.

8. Awarding any other relief the Court may deem appropriate or equitable.

<u>**DEMAND FOR TRIAL BY JURY OF NINE JURORS**</u>

The Defendant does hereby demand trial by jury of nine (9) jurors in the above-entitled matter.

Dated this 22nd day of September, 2014.           BY:     /s/ Chris Thompson
                                                              Chris Thompson (ID No. 07189)
                                                      OF:     GRANDE, FRISK & THOMPSON
                                                              2700 12th Avenue South
                                                              Suite A
                                                              Fargo, ND 58103
                                                              Attorneys for the Plaintiff
                                                              chris@grandefrisk.com
                                                              Telephone No: (701) 365-8088

| | |
|---|---|
| STATE OF NORTH DAKOTA | IN DISTRICT COURT |
| COUNTY OF WILLIAMS | NORTHWEST JUDICIAL DISTRICT |

| | |
|---|---|
| The Westmoreland Company, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>SE/Z Construction, LLC, KLE Constructions, LLC, Xtreme Electric Contractors, LLC, Strata Corporation, Sandcreek Welding, Inc., The Sherwin-Williams Company, Williams Plumbing & Heating, Inc., Camp Land Surveyors PLLC, Northern Improvement Company, Wutke, LLC, Cal-Dal Cabinets, Inc., Ace Fire Protection, LLC,<br><br>Defendants. | CASE NO. 53-2013-CV-01395<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that a true and correct copy of **DEFENDANT WUTKE, LLC'S ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT, COUNTERCLAIM, AND CROSSCLAIM** was, on the 22nd day of September, 2014, e-served upon the following parties:

Robert J. Pathroff
rpathroff@vogellaw.com
*Attorneys for Plaintiff*

Clark J. Bormann
cbormann@bmmelaw.com
Jason A. Armstrong
mweamer@lawmt.com
*Attorneys for Xtreme Electric*

Daniela E. Pavuk
dpavuk@crowleyfleck.com
Alan C. Bryan
abryan@crowleyfleck.com
Bradley C. Sweat
bsweat@crowleyfleck.com
*Attorneys for SE/Z Construction*

Allen J. Flaten
allenflaten@northdakotalaw.net
*Attorneys for Strata Corporation*

David A. Tschider
dtschider@tschider-smithlaw.com
*Attorneys for KLE Construction*

Ryan Christopher McCamy
nnccamy@nilleslaw.com
*Attorneys for Sherwin-Williams Company*

Steve Almondinger
sandcreekwelding@msn.com
*Pro Se*

1

**EXHIBIT "F"**
**Page 7 of 8**

Filed - Clerk of District Court
9/22/2014 9:53:09 PM
Williams County, ND

Dated this 22nd day of September, 2014.

BY: /s/ Chris Thompson
Chris Thompson (ID No. 07189)
OF: GRANDE, FRISK & THOMPSON
2700 12th Avenue South
Suite A
Fargo, ND 58103
Attorneys for the Plaintiff
chris@grandefrisk.com
Telephone No: (701) 365-8088

2

**EXHIBIT "F"**
**Page 8 of 8**