| | |
|---|---|
| STATE OF NORTH DAKOTA | IN DISTRICT COURT |
| COUNTY OF WILLIAMS | NORTHWEST JUDICIAL DISTRICT |

The Westmoreland Company, Inc., )
)
                                 Plaintiff, )
vs. )   **ORDER FOR STAY**
)
SE/Z Construction, LLC, KLE ) Civil Case No. 53-2013-CV-01395
Construction, LLC, Xtreme Electric )
Contractors, LLC, Strata Corporation, )
American Engineering Testing, Inc., )
Sandcreek Welding, Inc., The )
Sherwin-Williams Company, Williams )
Plumbing & Heating, Inc., Camp Land )
Surveyors PLLC, Northern )
Improvement Company, Wutke, LLC, )
Cal-Dak Cabinets, Inc., and Ace Fire )
Protection, LLC, )
)
                                Defendants, )

[1]    THIS COURT, during a telephonic status conference with counsel for the parties on March 15, 2019, advised the parties that an official Order for Stay was appropriate in this case. The reason for the Order for Stay is that on April 17, 2017, Defendant SE/Z Construction, LLC ("SE/Z") filed its "Notice of Bankruptcy" with the Court, advising the Court and all parties that it had filed a petition for bankruptcy in the United States Bankruptcy Court for the District of Idaho. (Index # 244)(the "Notice"). Pursuant to the Notice and governing law, this action is subject to the automatic stay provisions of Title 11, Section 362(a) of the United States Code.

[2]    THEREFORE, the COURT hereby ORDERS, ADOPTS, and DECREES AS FOLLOWS:

[3]    This action shall be stayed, in its entirety, pending the resolution of SE/Z's bankruptcy proceeding. This stay may only be lifted or modified upon motion of the parties or upon receiving notification that SE/Z's bankruptcy proceeding has been concluded.

IT IS SO ORDERED.

_____
Honorable Benjamen J. Johnson
District Court Judge

**EXHIBIT "H"**
**Page 1 of 3**

| | |
|---|---|
| STATE OF NORTH DAKOTA | IN DISTRICT COURT |
| COUNTY OF WILLIAMS | NORTHWEST JUDICIAL DISTRICT |

The Westmoreland Company, Inc., )
)
       Plaintiff, )
vs. )
)
SE/Z Construction, LLC, KLE )
Construction, LLC, Xtreme Electric )
Contractors, LLC, Strata Corporation, )
American Engineering Testing, Inc., )
Sandcreek Welding, Inc., The Sherwin- )
Williams Company, Williams Plumbing & )
Heating, Inc., Camp Land Surveyors )
PLLC, Northern Improvement Company, )
Wutke, LLC, Cal-Dak Cabinets, Inc., and )
Ace Fire Protection, LLC, )
)
       Defendants,

**AFFIDAVIT OF SERVICE**

Civil Case No. 53-2013-CV-01395

STATE OF NORTH DAKOTA  )
                            : ss.
COUNTY OF STARK        )

[1]    Cora Seiler, being first duly sworn upon oath, deposes and says: That she is a citizen of the United States, of legal age, and not a party to nor interested in the above-entitled matter.

[2]    That on April 3, 2019, in accordance with the provisions of the North Dakota Rules of Civil Procedure, this affiant served upon the persons hereinafter named a true and correct copy of the following document(s) in said matter:

    **1.** Proposed **ORDER FOR STAY**

by causing the same to be filed electronically with the Clerk of Court through Odyssey, and that ECF will send a Notice of Electronic Filing to the following person:

| | |
|---|---|
| Robert J. Pathroff | Erin Zasada |
| rpathroff@vogellaw.com | ezasada@northdakotalaw.net |
| Attorneys for Plaintiff | Attorneys for Strata Corporation |
| | |
| Ryan C. McCamy | Christopher Thompson |
| rmccamy@nilleslaw.com | chris@grandefrisk.com |
| Attorneys for The Sherwin-Williams Company | Attorneys for Wutke, LLC |

-1-



**EXHIBIT "H"**
**Page 2 of 3**

David Tschider
dtschider@tschider-smithlaw.com
Attorneys for KLE Construction, LLC

Amy C. McNulty
amcnulty@lawmt.com
Margaret C. Weamer
mweamer@lawmt.com
Attorneys for Xtreme Electric Contractors

Bryan Van Grinsven
bvangrinsven@mcgeelaw.com
Attorneys for Cal-Dak Cabinets, Inc.

Jessica Penkal Hodges
hodges@jphodgeslaw.com
receptionist@jphodgeslaw.com
Attorneys for Williams Plumbing & Heating, Inc.

by causing the same to be deposited in the United States Mail at Dickinson, North Dakota, securely enclosed in a sealed envelope, mailed by U.S. Postal Service, with postage duly prepaid, and addressed to the following person(s):

Dirk Jensen, Registered Agent
Ace Fire Protection, LLC
2502 N Evergreen Road
Fargo, ND 58102

Camp Land Surveyors PLLC
10840 Hwy 85 N
PO Box 114
Alexander, ND 58831-0114

Thomas D. McCormick, Registered Agent
Northern Improvement Company
4000 NW 12th Avenue
PO Box 2846
Fargo, ND 58108-2846

Sandcreek Welding, Inc.
Attn: Steve Almondinger
4598 South Wakerli Avenue
Idaho Falls, ID 83406

[3]   That to the best of affiant's knowledge, information, and belief such addresses as given above are the actual post office and email addresses of the parties intended to be so served.

Dated April 3, 2019.

_____
Cora Seiler

Subscribed and sworn to before me April 3, 2019.

_____
Kaylee Frenzel, Notary Public

KAYLEE FRENZEL
Notary Public
State of North Dakota
My Commission Expires September 16, 2022

-2-



**EXHIBIT "H"**
**Page 3 of 3**