# REGISTER OF ACTIONS
## CASE NO. 53-2013-CV-01395

| | | |
|---|---|---|
| The Westmoreland Company Inc. vs. SE/Z Construction LLC, et al. | § § § § § § | Case Type: **Other Civil** <br> Date Filed: **12/13/2013** <br> Location: **-- Williams County** <br> Judicial Officer: **Johnson, Benjamen J** |

---

### PARTY INFORMATION

| | | Attorneys |
|---|---|---|
| **Defendant** | **Ace Fire Protection LLC** | |
| **Defendant** | **American Engineering Testing Inc.** <br> St. Paul, MN 55114-1804 | |
| **Defendant** | **Cal-Dak Cabinets Inc** | **Bryan Lee Van Grinsven** <br> *Retained* <br> 701-852-2544 x0000(W) |
| **Defendant** | **Camp Land Surveyors PLLC** | |
| **Defendant** | **KLE Construction LLC** <br> Burlington, WA 98233-0636 | **David Allan Tschider** <br> *Retained* <br> 701-258-4000 x0000(W) |
| **Defendant** | **Northern Improvement Company** | |
| **Defendant** | **Sandcreek Welding Inc** <br> Idaho Falls, ID 83406 | |
| **Defendant** | **SE/Z Construction LLC** <br> Idaho Falls, ID 83401-4023 | **Nicholas C. Grant** <br> *Retained* <br> 701-225-5297 x0000(W) |
| **Defendant** | **SE/Z Construction LLC** <br> Idaho Falls, ID 83401 | **Nicholas C. Grant** <br> *Retained* <br> 701-225-5297 x0000(W) |
| **Defendant** | **Strata Corporation** <br> Grand Forks, ND 58208-3500 | **Erin P B Zasada** <br> *Retained* <br> 701-772-8111 x0000(W) |
| **Defendant** | **The Sherwin-Williams Company** <br> Cleveland, OH 44115-1093 | **Ryan Christopher McCamy** <br> *Retained* <br> 701-293-9911 x0000(W) |
| **Defendant** | **Williams Plumbing & Heating Inc** | **Jessica Penkal Hodges** <br> *Retained* <br> 406-582-9676 x0000(W) |
| **Defendant** | **Wutke LLC** | **Christopher . Thompson** <br> *Retained* <br> 701-365-8088 x0000(W) |
| **Defendant** | **Xtreme Electric Contractors LLC** | **Margaret C. Weamer** <br> *Retained* <br> 406-586-9714 x0000(W) |
| | Billings, MT 59101-6378 | Amy Claire McNulty <br> *Retained* <br> - - x0000(W) |

**EXHIBIT "I"**
**Page 1 of 10**

| **Plaintiff** | **The Westmoreland Company Inc.** | **Robert James Pathroff** |
|---|---|---|
| | Huntsville, AL 35801-4874 | *Retained* |
| | | 701-258-7899 x224(W) |

---

EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | | |
|---|---|---|
| 12/13/2013 | **Complaint** | **Index # 1** |
| | *Complaint* | |
| 12/13/2013 | **Summons** | **Index # 2** |
| | *Summons* | |
| 12/13/2013 | **Exhibit** | **Index # 3** |
| | *A - Agreement for Final Design and Construction Services* | |
| 12/16/2013 | **Complaint** | **Index # 4** |
| | *First Amended Complaint* | |
| 12/16/2013 | **Exhibit** | **Index # 5** |
| | *A - Agreement for Final Design and Construction Services* | |
| 12/16/2013 | **Notice of Assignment and Case Number** | **Index # 6** |
| 12/18/2013 | **Exhibit** | **Index # 7** |
| | *Revised A - to Complaint and First Amended Complaint* | |
| 12/20/2013 | **Service Document** | **Index # 8** |
| | *Affidavit of Service (Personal) on Registered Agent for American Engineering Testing, Inc.* | |
| 12/20/2013 | **Service Document** | **Index # 9** |
| | *Affidavit of Service (Personal) on Registered Agent for Xtreme Electric Contractors, LLC* | |
| 12/20/2013 | **Service Document** | **Index # 10** |
| | *Affidavit of Service (Personal) on Registered Agent for The Sherwin-Williams Company* | |
| 12/20/2013 | **Service Document** | **Index # 11** |
| | *Affidavit of Service (Personal) on Registered Agent for SE/Z Construction, LLC* | |
| 12/20/2013 | **Service Document** | **Index # 12** |
| | *Affidavit of Service (Personal) on Secretary of State Agent for Sandcreek Welding, Inc.* | |
| 12/20/2013 | **Service Document** | **Index # 13** |
| | *Affidavit of Service on Registered Agent for Strata Corporation* | |
| 12/20/2013 | **Service Document** | **Index # 14** |
| | *Affidavit of Service on Registered Agent for KLE Construction* | |
| 12/20/2013 | **Service Document** | **Index # 15** |
| | *Admission of Service by Secretary of State for Sandcreek Welding, Inc.* | |
| 12/23/2013 | **Service Document** | **Index # 16** |
| | *Affidavit of Service by Mail on defendants (revised Exhibit A)* | |
| 01/17/2014 | **Answer** | **Index # 17** |
| | *Answer, Counterclaim, and Cross-claim* | |
| 01/17/2014 | **Certificate** | **Index # 18** |
| | *Cert of Service* | |
| 01/17/2014 | **Exhibit** | **Index # 19** |
| | *Exhibit 1* | |
| 01/17/2014 | **Exhibit** | **Index # 20** |
| | *Exhibit 2* | |
| 01/17/2014 | **Exhibit** | **Index # 21** |
| | *Exhibit 3* | |
| 01/17/2014 | **Exhibit** | **Index # 22** |
| | *Exhibit 4* | |
| 01/17/2014 | **Exhibit** | **Index # 23** |
| | *Exhibit 5* | |
| 01/17/2014 | **Certificate** | **Index # 24** |
| | *Certificate of Service* | |
| 01/28/2014 | **Notice** | **Index # 25** |
| | *Notice of Appearance - Strata Corporation* | |
| 01/28/2014 | **Service Document** | **Index # 26** |
| | *Affidavit of Service by Mail - Notice of Appearance* | |
| 01/28/2014 | **Certificate** | **Index # 27** |
| | *Certificate of Service on SE/Z* | |
| 01/31/2014 | **Answer** | **Index # 28** |
| | *SE/Z Construction, LLC's Answer to First Amended Complaint, Counterclaim, and Demand for Jury Trial* | |
| 01/31/2014 | **Exhibit** | **Index # 29** |
| | *Exhibit 1 - Agreement for Final Design and Construction Services* | |
| 01/31/2014 | **Exhibit** | **Index # 30** |
| | *Exhibit 2 - Construction Lien* | |
| 01/31/2014 | **Service Document** | **Index # 31** |
| | *Certificate Of Service - Robert J. Pathroff, Allen J. Flaten, Jason A. Armstrong* | |
| 02/11/2014 | **Answer** | **Index # 32** |
| | *First Amended Answer to First Amended Complaint, Amended Counterclaims, and Demand for Jury Trial* | |
| 02/11/2014 | **Exhibit** | **Index # 33** |
| | *Exhibit 1 - SEZ Construction First Amended Answer (Agreement Final Design)* | |
| 02/11/2014 | **Exhibit** | **Index # 34** |
| | *Exhibit 2 - SEZ Construction First Amended Answer (Construction Lien)* | |
| 02/11/2014 | **Service Document** | **Index # 35** |
| | *Certificate of Service - SEZ Construction First Amended Answer* | |
| 02/14/2014 | **Answer** | **Index # 36** |
| | *Defendant The Sherwin-Williams Company's Answer and Jury Demand* | |
| 02/14/2014 | **Notice** | **Index # 37** |
| | *Notice of Appearance for The Sherwin-Williams Company* | |
| 02/14/2014 | **Service Document** | **Index # 38** |

**EXHIBIT "I"**
**Page 2 of 10**

Robert Pathroff, Daniela Pavuk, Jason Armstrong

| Date | Type | Index | Description |
|---|---|---|---|
| 02/14/2014 | Answer | Index # 39 | Answer to Counterclaim of Defendant Extreme Electric Contractors, LLC |
| 02/14/2014 | Service Document | Index # 40 | Affidavit of Electronic Service upon Daniela Pavuk, Ryan McCamy, Jason Armstrong, David Tschider, Allen Flaten |
| 02/20/2014 | Answer | Index # 41 | Defendant Strata Corporation's Answer to First Amended Complaint, Counterclaim and Crossclaims |
| 02/20/2014 | Exhibit | Index # 42 | Exhibit A - Notice of Intention to Claim Mechanic's Lien |
| 02/20/2014 | Exhibit | Index # 43 | Exhibit B - Construction Lien |
| 02/20/2014 | Service Document | Index # 44 | Certificate of Service - Strata's Answer, Counterclaim and Crossclaims |
| 02/21/2014 | Answer | Index # 45 | SE/Z Construction's Answer to Xtreme Electric's Crossclaim and Demand for Jury Trial |
| 02/21/2014 | Service Document | Index # 46 | Certificate of Servcice - SE/Z Construction Answer to Xtreme Electric Crossclaim |
| 03/07/2014 | Answer | Index # 47 | Answer to First Amended Complaint |
| 03/07/2014 | Exhibit | Index # 48 | Exhibit |
| 03/07/2014 | Exhibit | Index # 49 | Exhibit |
| 03/07/2014 | Service Document | Index # 50 | Certificate of Service |
| 03/07/2014 | Service Document | Index # 51 | Affidavit of Service |
| 03/11/2014 | Answer | Index # 52 | The Westmoreland Company, Inc.'s Answer to SE/Z Construction's Counterclaim |
| 03/11/2014 | Service Document | Index # 53 | Affidavit of Electronic Service and by Mail on Pavuk, Bryan, McCamy, Armstrong, Tschider, Flaten and Almondinger |
| 03/13/2014 | Answer | Index # 54 | SE/Z Construction's Answer to Strata Corporation's Crossclaim and Demand for Jury Trial |
| 03/13/2014 | Service Document | Index # 55 | Certificate of Service - SE/Z Construction's Answer to Strata Corp CC |
| 03/20/2014 | Answer | Index # 56 | The Westmoreland Company Inc.'s Answer to Strata Corporation's Counterclaim |
| 03/20/2014 | Service Document | Index # 57 | Affidavit of Service of Westmoreland's Answer to Strata's Counterclaim |
| 03/26/2014 | Notice | Index # 58 | Notice of Lis Pendens |
| 03/26/2014 | Service Document | Index # 59 | Certificate of Service - Notice of Lis Pendens |
| 03/27/2014 | Answer | Index # 60 | The Westmoreland Company Inc's Answer to KLE Construction, LLC's Counterclaim |
| 03/27/2014 | Service Document | Index # 61 | Affidavit of Electronic Service and by Mail on Pavuk McCamy Armstrong Tschider Flaten and Almondinger |
| 03/28/2014 | Answer | Index # 65 | SE/Z Construction's Answer to KLE Construction's Crossclaim; SE/Z Crossclaim Against KLE Construction |
| 03/28/2014 | Exhibit | Index # 66 | Exhibit 1 to SE/Z Construction's Answer to KLE Crossclaim - Subcontract |
| 03/28/2014 | Service Document | Index # 67 | Certificate of Service - SE/Z Construction's Answer to KLE Construction's Crossclaim |
| 03/31/2014 | Notice | Index # 62 | of Dismissal of Defendant American Engineering Testing, Inc. |
| 03/31/2014 | Proposed Order | Index # 63 | of Dismissal of Defendant American Engineering Testing, Inc. |
| 03/31/2014 | Service Document | Index # 64 | Affidavit of Electronic Service and by Mail on Pavuk, Bryan, McCamy, Armstrong, Tschider, Flaten, Almondinger |
| 04/03/2014 | Order | Index # 68 | Dismissing Defendant American Engineering Testing Inc |
| 04/09/2014 | Notice of Entry of Judgment | Index # 69 | Notice of Entry of Order |
| 04/09/2014 | Service Document | Index # 70 | Affidavit of Electronic Service and by Mail on Pavuk Bryan McCamy Armstrong Tschider Flaten Bernard |
| 05/20/2014 | Notice | Index # 71 | of Motion for Leave to Amend Westmoreland's First Amended Complaint to Join Additional Necessary Parties |
| 05/20/2014 | Motion | Index # 72 | for Leave to Amend Westmoreland's First Amended Complaint to Join Additional Necessary Parties |
| 05/20/2014 | Brief | Index # 73 | in Support of Westmoreland's Motion for Leave to Amend Its First Amended Complaint to Join Additional Necessary Parties |
| 05/20/2014 | Exhibit | Index # 74 | A to Brief - (proposed) Second Amended Complaint |
| 05/20/2014 | Exhibit | Index # 75 | A to (proposed) Second Amended Complaint - Agreement for Final Design |
| 05/20/2014 | Proposed Order | Index # 76 | Granting Westmoreland Leave to Amend Its First Amended Complaint to Join Additional Necessary Parties |
| 05/20/2014 | Service of Motion | Index # 77 | Affidavit of Electronic Service and by Mail |
| 05/23/2014 | Notice | Index # 78 | Defendant Xtreme Electric Contractors, LLC's Notice of Substitution of Counsel and Motion for Leave to Withdraw |
| 05/23/2014 | Service Document | Index # 79 | Affidavit of Electronic Service and by Mail |
| 05/23/2014 | Notice | Index # 80 | |

**EXHIBIT "I"**
**Page 3 of 10**

Defendant Xtreme Electric Contractors, LLC's Notice of Motion and Motion for Admission Pro Hac Vice

| 05/23/2014 | **Affidavit**      Index # 81 |
| --- | --- |
| | *Affidavit of Margaret C. Weamer in Support of Motion for Admission Pro Hac Vice* |
| 05/23/2014 | **Proposed Order**      Index # 82 |
| | *Order for Admission of Margaret C. Weamer to Practice Pro Hac Vice* |
| 05/23/2014 | **Service Document**      Index # 83 |
| | *Affidavit of Electronic Service and by Mail* |
| 05/27/2014 | **Order**      Index # 84 |
| | *for admission of Margaret C. Weamer to practice pro hac vice* |
| 05/27/2014 | **Certificate**      Index # 85 |
| | *of service / Sand Creek Welding Inc* |
| 06/02/2014 | **Response**      Index # 86 |
| | *Defendant Strata Corporation's Response to Plaintiff's Motion for Leave to Amend First Amendede Complaint to Join Additional Necessary Parties* |
| 06/02/2014 | **Exhibit**      Index # 87 |
| | *Exhibit A to Defendant Strata's Response to Plaintiff's Motion for Leave to Amend First Amended Complaint to Join Necessary Parties* |
| 06/02/2014 | **Service Document**      Index # 88 |
| | *Certificate of Service - Defendant Strata's Response to Plaintiff's Motion for Leave to Amend First Amended Complaint to Join Additional Necessary Parties* |
| 06/05/2014 | **Proposed Order**      Index # 89 |
| | *Order Granting Motion for Leave of Attorney Jason Armstrong to Withdraw* |
| 06/09/2014 | **Request for Hearing**      Index # 90 |
| | *Defendant Strata Corporation's Request for Oral Argument and to Appear Telephonically* |
| 06/09/2014 | **Service Document**      Index # 91 |
| | *Certificate of Service - Strata's Request for Oral Argument* |
| 06/09/2014 | **Response**      Index # 92 |
| | *Plaintiff's Reply to Defendant Strata's Response to Plaintiff's Motion for Leave to Amend First Amended Complaint to Join Additional Necessary Parties* |
| 06/09/2014 | **Service Document**      Index # 93 |
| | *Affidavit of Electronic Service and By Mail* |
| 06/10/2014 | **Proposed Order**      Index # 94 |
| | *proposed Order Granting Defendant Strata Corporation's Request for Oral Argument and to Appear Telephonically* |
| 06/12/2014 | **Order**      Index # 95 |
| | *Order Granting Defendant Strata Corporation's Request for Oral Argument and to Appear Telephonically* |
| 07/01/2014 | **Notice of Hearing**      Index # 96 |
| | *Notice of Hearing - Plaintiff's Motion for Leave to Amend First Amended Complaint* |
| 07/01/2014 | **Service Document**      Index # 97 |
| | *Certificate of Service - Notice of Hearing* |
| 07/01/2014 | **Order**      Index # 98 |
| | *Granting Motion for Leave of Attorney Jason Armstrong to withdraw* |
| 07/15/2014 | **Request**      Index # 99 |
| | *SE/Z Construction's Request for Rule 16 Scheduling Conference* |
| 07/15/2014 | **Service Document**      Index # 100 |
| | *Certificate of Service - SE/Z Construction Request for Rule 16 Scheduling Conference* |
| 08/13/2014 | **Motion/Hearing**  (10:00 AM) (Judicial Officer Nelson, David W) |
| | *Motion to Amend Complaint* |
| | Result: Hearing Ended |
| 08/13/2014 | **Motion**      Index # 101 |
| | *Motion for Leave to Amend Westmoreland's First Amended Complaint to Join Additional Necessary Parties* |
| 08/13/2014 | **Complaint**      Index # 102 |
| | *(proposed) Second Amended Complaint* |
| 08/13/2014 | **Exhibit**      Index # 103 |
| | *A - Agreement for Final Design to (proposed) Second Amended Complaint* |
| 08/13/2014 | **Proposed Order**      Index # 104 |
| | *Granting Westmoreland Leave to Amend Its First Amended Complaint to Join Additional Necessary Parties* |
| 08/13/2014 | **Service Document**      Index # 105 |
| | *Affidavit of Electronic Service and by Mail upon counsel and Sandcreek Welding* |
| 08/21/2014 | **Order**      Index # 106 |
| | *Order Granting Westmoreland Leave to Amend its First Amended Complaint to Join Additional Necessary Parties* |
| 08/22/2014 | **Summons**      Index # 107 |
| | *Amended Summons* |
| 08/22/2014 | **Complaint**      Index # 108 |
| | *Second Amended Complaint* |
| 08/22/2014 | **Exhibit**      Index # 109 |
| | *A to Second Amended Complaint - Agreement for Final Design and Construction Services* |
| 08/22/2014 | **Service Document**      Index # 110 |
| | *Affidavit of Electronic Service and by Mail upon counsel and Sandcreek Welding* |
| 08/22/2014 | **Service Document**      Index # 111 |
| | *Affidavit of Service by Mail on Sandcreek Welding* |
| 08/25/2014 | **Service Document**      Index # 112 |
| | *Affidavit of Service (Personal) on Wutke, LLC* |
| 08/28/2014 | **Service Document**      Index # 113 |
| | *Affidavit of Service for Northern Improvement* |
| 08/28/2014 | **Service Document**      Index # 114 |
| | *Affidavit of Service for Ace Fire Protection, LLC* |
| 09/04/2014 | **Service Document**      Index # 115 |
| | *Affidavit of Service - Cal-Dak Cabinets, Inc.* |
| 09/05/2014 | **Answer**      Index # 116 |
| | *Defendant Strata Corporation's Answer to Second Amended Complaint, Counterclaim and Crossclaims* |
| 09/05/2014 | **Exhibit**      Index # 117 |
| | *Exhibit A - Strata's Answer to Second Amended Complaint, Counterclaim and Crossclaims - Notice of Intent to Claim a Mechanic's Lien* |
| 09/05/2014 | **Exhibit**      Index # 118 |
| | *Exhibit B - Strata's Answer to Second Amended Complaint, Counterclaim and Crossclaims - Construction Lien* |
| 09/05/2014 | **Affidavit**      Index # 119 |
| | *Certificate of Service - Strata's Answer to Second Amended Complaint, Counterclaim and Crossclaims* |

**EXHIBIT "I"**

**Page 4 of 10**

09/08/2014 | **Answer**      Index # 120
*SE/Z Construction Amended Answer to Second Amended Complaint, Amended Counterclaims, and Demand for Jury Trial*

09/08/2014 | **Exhibit**      Index # 121
*Exhibit 1 - SE/Z Construction Amended Answer to Second Amended Complaint*

09/08/2014 | **Exhibit**      Index # 122
*Exhibit 2 - SE/Z Construction Amended Answer to Second Amended Complaint*

09/08/2014 | **Service Document**      Index # 123
*Certificate of Service - SE/Z Construction Amended Answer to Second Amended Complaint*

09/12/2014 | **Service Document**      Index # 124
*Affidavit of Personal Service on Williams Plumbing & Heating*

09/17/2014 | **Answer**      Index # 125
*Defendant Xtreme Electric Contractors LLC's Answer to Second Amended Complaint, First Amended Counterclaim, and Crossclaim*

09/17/2014 | **Exhibit**      Index # 126
*Exhibit 1*

09/17/2014 | **Exhibit**      Index # 127
*Exhibit 2*

09/17/2014 | **Exhibit**      Index # 128
*Exhibit 3*

09/17/2014 | **Exhibit**      Index # 129
*Exhibit 4*

09/17/2014 | **Exhibit**      Index # 130
*Exhibit 5*

09/17/2014 | **Service Document**      Index # 131
*Affidavit of Electronic Service and By Mail*

09/19/2014 | **Answer**      Index # 132
*Answer, Counterclaim and Crossclaim of Cal-Dak Cabinets, Inc.*

09/19/2014 | **Exhibit**      Index # 133
*Exhibit A to Answer, Counterclaim and Crossclaim of Cal-Dak Cabinets, Inc.*

09/19/2014 | **Exhibit**      Index # 134
*Exhibit B to Answer, Counterclaim and Crossclaim of Cal-Dak Cabinets, Inc.*

09/19/2014 | **Service Document**      Index # 135
*Certificate of Service*

09/22/2014 | **Answer**      Index # 136
*SE-Z Construction, LLC's Answer to Amended Crossclaim of Strata Corp. and Demand for Jury Trial*

09/22/2014 | **Service Document**      Index # 137
*Certificate of Service - SE-Z Answer to Amended CC Strata Corp*

09/22/2014 | **Answer**      Index # 138
*DEFENDANT WUTKE, LLC S ANSWER TO PLAINTIFF S SECOND AMENDED COMPLAINT, COUNTERCLAIM, AND CROSSCLAIM*

09/22/2014 | **Service Document**      Index # 139
*Certificate of Service*

09/29/2014 | **Answer**      Index # 140
*Williams Plumbing & Heating Inc's Answer to Second Amended Complaint, Counterclaim and Crossclaims, and Demand for Jury Trial*

09/29/2014 | **Exhibit**      Index # 141
*Exhibit 1*

09/29/2014 | **Exhibit**      Index # 142
*Exhibit 2*

09/29/2014 | **Answer**      Index # 143
*Williams Plumbing & Heating Inc's Answer to Strata Corporation's Crossclaim*

09/29/2014 | **Service Document**      Index # 144
*Certificate of Service*

09/30/2014 | **Answer**      Index # 145
*The Westmoreland Company Inc's Answer to Strata Corporation's Amended Counterclaim*

09/30/2014 | **Service Document**      Index # 146
*Affidavit of Electronic Service and by Mail*

10/06/2014 | **Answer**      Index # 147
*The Westmoreland Company Inc's Answer to SE/Z Construction's Amended Counterclaim*

10/06/2014 | **Service Document**      Index # 148
*Affidavit of Electronic Service and By Mail upon counsel and Steve Almondinger*

10/08/2014 | **Answer**      Index # 149
*to First Amended Counterclaim of Defendant Xtreme Electric Contractors, LLC*

10/08/2014 | **Service Document**      Index # 150
*Affidavit of Electronic Servivce and by Mail on counsel and Sandcreek Welding*

10/10/2014 | **Answer**      Index # 151
*to Counterclaim of Defendant Cal-Dak Cabinets, Inc.*

10/10/2014 | **Service Document**      Index # 152
*Affidavit of Electronic Service and by Mail on counsel and Sandcreek Welding*

10/13/2014 | **Answer**      Index # 153
*to Counterclaim of Defendant Wutke, LLC*

10/13/2014 | **Service Document**      Index # 154
*Affidavit of Electronic Service and by Mail on counsel and Sandcreek Welding*

10/20/2014 | **Answer**      Index # 155
*to Counterclaim of Defendant Williams Plumbing & Heating, Inc.*

10/20/2014 | **Service Document**      Index # 156
*Affidavit of Electronic Service and by Mail on counsel and Sandcreek Welding, Inc.*

10/24/2014 | **Answer**      Index # 157
*SE/Z Answer to Cal-Dak Cabinets, Inc's Answer, Counterclaim and Crossclaim, and Demand for Jury Trial*

10/24/2014 | **Service Document**      Index # 158
*Certificate of Service - SE/Z Answer to Cal-Dak*

11/14/2014 | **Answer**      Index # 159
*SE/Z Construction, LLC's Answre to Xtreme Electric Contractors, LLC's Crossclaim and Demand for Jury Trial*

11/14/2014 | **Answer**      Index # 160
*SE/Z Construction, LLC's Answer to Williams Plumbing & Heating, Inc.'s Answer to Pl's Second Amended Complaint, Counterclaim and Crossclaim, and Demand for Jury Trial*

11/14/2014 | **Answer**      Index # 161

**EXHIBIT "I"**
**Page 5 of 10**

SE/Z Construction, LLC's Answer to Wutke, LLC's Answer to Second Amended Complaint, Counterclaim, and Crossclaim

| | | |
|---|---|---|
| 11/14/2014 | **Service Document** | **Index # 162** |
| | Certificate of Service - SE/Z's Answers to Counterclaims & Crossclaims of Xtreme, Williams Plumbing, and Wutke, LLC | |
| 11/20/2014 | **Answer** | **Index # 163** |
| | Defendant Camp Land's Answer to Second Amended Complaint, Counterclaim and Cross-Claim | |
| 11/24/2014 | **Service Document** | **Index # 164** |
| | Admission of Service on Camp Land Surveyors, PLLC | |
| 11/24/2014 | **Service Document** | **Index # 165** |
| | Affidavit of Electronic Service and by Mail on counsel and Sandcreek Welding, Inc. | |
| 11/25/2014 | **Answer** | **Index # 166** |
| | Xtreme Electric Contractors, LLC's Answer to Williams Plumbing & Heating Inc.'s Crossclaim | |
| 11/25/2014 | **Affidavit** | **Index # 167** |
| | Affidavit of Electronic Service and by Mail | |
| 12/02/2014 | **Answer** | **Index # 168** |
| | Defendant Camp Land's Answer to All Present and Future Cross-Claims | |
| 12/02/2014 | **Service Document** | **Index # 169** |
| | Affidavit of Service | |
| 12/02/2014 | **Answer** | **Index # 170** |
| | Defendant Strata Corporation's Answer to Williams Plumbing & Heating, Inc.'s Crossclaim and Other Crossclaims | |
| 12/02/2014 | **Service Document** | **Index # 171** |
| | Certificate of Service - Strata's Answer to WPH's Crossclaim and Other Crossclaims | |
| 12/11/2014 | **Answer** | **Index # 172** |
| | to Counterclaim of Defendant Camp Land Surveyors, PLLC | |
| 12/11/2014 | **Service Document** | **Index # 173** |
| | Affidavit of Electronic Service and by Mail | |
| 12/12/2014 | **Motion** | **Index # 174** |
| | for Leave to Amend Westmoreland's Second Amended Complaint to Join Additional Claims Against Defendant SE/Z Construction, LLC | |
| 12/12/2014 | **Brief** | **Index # 175** |
| | in Support of Westmoreland's Motion for Leave to Amend Its Second Amended Complaint to Join Additional Claims Against Defendant SE/Z Construction, LLC | |
| 12/12/2014 | **Exhibit** | **Index # 176** |
| | A to Brief - (proposed) Third Amended Complaint | |
| 12/12/2014 | **Exhibit** | **Index # 177** |
| | A to (Proposed) Third Amended Complaint - Agreement for Final Design | |
| 12/12/2014 | **Exhibit** | **Index # 178** |
| | B to (proposed) Third Amended Complaint | |
| 12/12/2014 | **Proposed Order** | **Index # 179** |
| | Granting Westmoreland Leave to Amend Its Second Amended Complaint to Join Additional Claims Against Defendant SE/Z Construction, LLC | |
| 12/12/2014 | **Service of Motion** | **Index # 180** |
| | Affidavit of Electronic Service and By Mail | |
| 12/16/2014 | **Answer** | **Index # 181** |
| | SE/Z's Answer to Camp Land's Crossclaim | |
| 12/16/2014 | **Service Document** | **Index # 182** |
| | Certificate of Service Re SE/Z's Answer to Camp Land's Crossclaim | |
| 12/29/2014 | **Brief** | **Index # 183** |
| | Defendant Xtreme Electric Contractors, LLC's Brief in Opposition to Plaintiff's Motion for Leave | |
| 12/29/2014 | **Service Document** | **Index # 184** |
| | Affidavit of Electronic Service and by Mail | |
| 12/29/2014 | **Brief** | **Index # 185** |
| | Williams Plumbing & Heating Inc's Opposition to Plaintiff's Motion for Leave to Amend its Second Amended Complaint | |
| 12/29/2014 | **Certificate** | **Index # 186** |
| | Certificate of Service | |
| 12/30/2014 | **Brief** | **Index # 187** |
| | SE/Z Construction, LLC's Memorandum in Opposition to Westmoreland's Motion to Amend Complaint | |
| 12/30/2014 | **Affidavit** | **Index # 188** |
| | Affidavit of Frederick J. Hahn III - support of SE/Z Const Memo in Opp Westmoreland Motion Amend Complaint | |
| 12/30/2014 | **Affidavit** | **Index # 189** |
| | Affidavit of Steven Zambarano - in supp SE/Z Const Memo in Opp to Westmoreland Motion Amend Complaint | |
| 12/30/2014 | **Service Document** | **Index # 190** |
| | Certificate of Service - SE/Z Const Memo in Opp Westmoreland Motion to Amend Complaint | |
| 01/06/2015 | **Response** | **Index # 191** |
| | Reply Brief in Support of Westmoreland's Motion for Leave to Amend Its Second Amended Complaint to Join Additional Claims Against Defendant SE/Z Construction, LLC | |
| 01/06/2015 | **Exhibit** | **Index # 192** |
| | A to Reply Brief - Affidavit of Attorney Gregory H. Revera | |
| 01/06/2015 | **Exhibit** | **Index # 193** |
| | B to Reply Brief - Affidavit of Attorney Robert J. Pathroff | |
| 01/06/2015 | **Exhibit** | **Index # 194** |
| | 1 to Exhibit B -Email correspondence between Zambarano and Cockrell | |
| 01/06/2015 | **Exhibit** | **Index # 195** |
| | 2 to Exhibit B - 11/20/14 letter from Jada Leo to Zambarano | |
| 01/06/2015 | **Notice of Hearing** | **Index # 196** |
| | Notice of Hearing | |
| 01/06/2015 | **Service Document** | **Index # 197** |
| | Affidavit of Electronic Service and By Mail on counsel and Sandcreek Welding | |
| 02/24/2015 | **Motion/Hearing** (10:00 AM) (Judicial Officer Nelson, David W) | |
| | Motion to Amend Complaint (Conf #) | |
| | Result: Hearing Ended | |
| 02/25/2015 | **Order** | **Index # 198** |
| | Denying Motion to Amend Second Amended Complaint w/service | |
| 04/23/2015 | **Stipulation / Agreement** | **Index # 199** |
| | Stipulation to Dismiss Claims Between SE/Z Construction LLC and Camp Land Surveyors PLLC with Prejudice | |
| 04/23/2015 | **Proposed Order** | **Index # 200** |
| | Proposed Order - Granting Dismissal of Claims Between SE/Z and Camp Land | |

**EXHIBIT "I"**

**Page 6 of 10**

04/23/2015 | **Service Document**   Index # 201
*Certificate of Service - Stipulation to Dismiss and Proposed Order*

04/27/2015 | **Order**   Index # 202
*Granting Stipulation to Dismiss, with Prejudice, Between SE/Z Construction LLC and Camp Land Surveryors PLLC*

09/03/2015 | **Stipulation / Agreement**   Index # 203
*Stipulation for Partial Dismissal with Prejudice*

09/03/2015 | **Proposed Order**   Index # 204
*Order Granting Stipulation for Partial Dismissal with Prejudice of Camp Land Surveyors, PLLC*

09/11/2015 | **Order**   Index # 205
*Granting Stipulation for Partial Dismissal w/Prejudice of Camp Land Surveyors PLLC-emailed to Pathroff, Flaten, Bormann, Weamer, McCamy, Tschilder, Thompson, Van Grinsven, Hodges, Barnett, Almondinger, US Postal mail to Dirk Jensen, Thomas McCormick*

12/22/2015 | **Order**   Index # 206
*For Scheduling Conference*

01/26/2016 | **Notice**   Index # 207
*Defendant Xtreme Electric Contractors, LLC's Notice of Substitution of Counsel and Motion for Leave to Withdraw*

01/26/2016 | **Proposed Order**   Index # 208
*Proposed Order Granting Motion for Leave of Attorney Clark J. Bormann to Withdraw*

01/26/2016 | **Service Document**   Index # 209
*Affidavit of Electronic Service and By Mail - emailed to Pavuk, Bryan, Sweat, Tschider, McCamy, Flaten, Pathroff, Almondinger, Van Grinsven, Thompson, Hodges and Refling; mailed to Jensen, McCormick, and Almondinger*

01/28/2016 | **Notice**   Index # 210
*Notice of Representation - Strata Corporation*

01/28/2016 | **Service Document**   Index # 211
*Affidavit of Service - Notice of Representation - Strata Corporation*

02/01/2016 | **Scheduling Conference**  (4:00 PM) (Judicial Officer Nelson, David W)
*conf #*
Result: Hearing Ended

02/01/2016 | **Order**   Index # 212
*Granting Motion for Leave of Attorney Clark J. Bormann to Withdraw - Emailed to Attorney Bormann on 02/01/2016*

02/02/2016 | **Proposed Order**   Index # 213
*Order Regarding Scheduling Conference*

02/02/2016 | **Service Document**   Index # 214
*Affidavit of Electronic Service and by Mail on Pavuk, McCamy, Bryan, Flaten, Zasada, Tschider, Grinsven, Thompson, McNulty, Weamer, Hodges, Refling, Barnett, Almondinger*

02/02/2016 | **Notice**   Index # 215
*Of Jury Trial*

02/03/2016 | **Order**   Index # 216
*Regarding Scheduling Conference-emailed to Pathroff, Van Grinsven, Pavuk, Flaten, McCamy, Thompson, Weamer, McNulty*

02/04/2016 | **Notice**   Index # 217
*Notice of Appearance - W. Todd Haggart*

02/04/2016 | **Service Document**   Index # 218
*Affidavit of Service on Pavuk, Bryan, McCamy, Flaten, Zasada, Tschider, Grinsven, Thompson, McNulty, Weamer, Hodges, Refling*

02/29/2016 | **Letter**   Index # 219
*Letter to Judge Nelson regarding Stipulated Scheduling Order*

02/29/2016 | **Stipulation / Agreement**   Index # 220
*Stipulated Scheduling Order*

02/29/2016 | **Proposed Order**   Index # 221
*Order*

02/29/2016 | **Service Document**   Index # 222
*Affidavit of Electronic Service and by Mail on Pavuk, Bryan, McCamy, Flaten, Tschider, Grinsven, Thompson, McNulty, Weamer, Hodges, Refling and Steve Almondinger*

03/03/2016 | **Order**   Index # 223
*Approving Stipulated Scheduling Order - Emailed to Attorneys Pathroff, Pavuk, Van Grinsven, Tschider, Flaten, McCamy, Thompson, Wearner*

05/06/2016 | **Substitution of Attorneys**   Index # 224
*Notice of Substitution of Counsel and Consent to Substitution - Defendant Strata Corporation*

05/06/2016 | **Service Document**   Index # 225
*Affidavit of Service - Notice of Substitution of Counsel and Consent to Substitution served to all Counsel*

08/26/2016 | **Stipulation / Agreement**   Index # 226
*Stipulation for Dismissal of Sherwin-Williams Company*

08/26/2016 | **Proposed Order**   Index # 227
*(proposed) Order Granting Stipulation for Dismissal*

08/26/2016 | **Service Document**   Index # 228
*Affidavit of Service on Pavuk, Bryan, McCamy, Flaten, Tschider, Grinsven, Thompson, McNulty, Weamer, Hodgees, Almondinger*

08/29/2016 | **Order**   Index # 229
*Granting Stipulation for Dismissal of Sherwin- Williams Company emailed to Attorneys Pathroff, Van Grinsven, Tschider, Pavuk, Zasada, McCamy, Thompson, Refling & Weamer 8/29/2016*

09/27/2016 | **Service Document**   Index # 230
*Affidavit of Service upon Counsel of Record*

09/27/2016 | **Substitution of Attorneys**   Index # 231
*Substitution of Counsel*

09/27/2016 | **Proposed Order**   Index # 232
*Proposed Order Granting Substitution of Counsel filed by Attorney Nicholas Grant*

10/03/2016 | **Order**   Index # 233
*Granting Substitution of Counsel - emailed to Attys Grant, Pathroff, VanGrinsven, Tschider, Pavuk, Sweat, Zasada, McCamy, Thompson & Weamer 10/3/2016*

10/04/2016 | **Service Document**   Index # 234
*Affidavit of Service upon Counsel of Record (SE/Z Construction, LLC's Answers and Objections to Plaintiff's First Set of Interrogatories and Request for Production of Documents)*

11/01/2016 | **Service Document**   Index # 235
*Affidavit of Service upon Counsel of Record*

01/13/2017 | **Stipulation / Agreement**   Index # 236
*Amended Stipulated Scheduling Order*

01/13/2017 | **Proposed Order**   Index # 237
*(proposed) Order (File by RJ Pathroff)*

**EXHIBIT "I"**
**Page 7 of 10**

| Date | Entry |
|------|-------|
| 01/13/2017 | **Service Document**    Index # 238<br>*Affidavit of Electronic Service and by Mail on Grant, Flaten, Zasada, Tschider, Thompson, Van Grinsven, Hodges, Refling, McNulty, Weamer, Steve Almondinger* |
| 01/26/2017 | **Order    Index # 239**<br>*Reassignment Order* |
| 01/27/2017 | **Order    Index # 240**<br>*Order Vacating Reassignment Order* |
| 01/27/2017 | **Order    Index # 241**<br>*- emailed to Attorneys Pathroff, Van Grinsven, Tschider, Grant, Zasada, McCamy, Thompson & Weamer 1/27/2017* |
| 04/12/2017 | **Order    Index # 242**<br>*Reassignment Order* |
| 04/13/2017 | **Service Document    Index # 243**<br>*Affidavit of Service on Counsel of Record - Notice of Bankruptcy* |
| 04/13/2017 | **Notice    Index # 244**<br>*SE/Z Construction, LLC's Notice of Bankruptcy* |
| 04/13/2017 | **Exhibit    Index # 245**<br>*A - Voluntary Petition for Non-Individuals Filing for Bankruptcy* |
| 09/18/2017 | *CANCELED*   **Motion/Hearing**  (1:00 PM) (Judicial Officer Johnson, Benjamen J)<br>*Other*<br>*Dispositive Motions* |
| 10/05/2017 | **Motion    Index # 246**<br>*Joint Motion for Limited Stay and Motion for New Scheduling Order* |
| 10/05/2017 | **Brief    Index # 247**<br>*Brief in Support of Joint Motion for Limited Stay and Motion for New Scheduling Order* |
| 10/05/2017 | **Proposed Order    Index # 248**<br>*Proposed Order Granting Joint Motion for Limited Stay and for New Scheduling Order* |
| 10/05/2017 | **Notice    Index # 249**<br>*Rule 3.2 N.D.R.CT. Notice of Motion* |
| 10/05/2017 | **Service of Motion    Index # 250**<br>*Certificate of Service of Joint Motion for Limited Stay on SE/Z Construction LLC et al.* |
| 10/06/2017 | **Notice    Index # 251**<br>*Defendant Xtreme Electric LLC's Notice of Joinder of Williams Plumbing & Heating, Inc.'s Joint Motion for Limited Stay and Motion for New Scheduling Order* |
| 10/06/2017 | **Service Document    Index # 252**<br>*Certificate of Electronic Service Upon the Following: Grant, McCamy, Tschider, Flaten, Pathroff, Almondinger, Barnett, Van Grinsven, Thompson, Hodges, Refling; By Mail Upon Jensen, McCormick, Almondinger, Camp Land* |
| 10/24/2017 | **Response    Index # 253**<br>*Plaintiff's Response to Motion for Limited Stay and Motion for New Scheduling Order* |
| 10/24/2017 | **Service Document    Index # 254**<br>*Certificate of Service on Grant, Flaten, Zasada, Thompson, Tschider, Grinsven, Hodges, McNulty, Sandcreek Welding* |
| 10/24/2017 | **Response    Index # 255**<br>*Plaintiff's Amended Response to Joint Motion for Limited Stay and Motion for New Scheduling Order* |
| 10/24/2017 | **Service Document    Index # 256**<br>*Affidavit of Service on Grant, Flaten, Zasada, Tschider, Thompson, Van Grinsven, Hodges, Refling, McNulty, Sandcreek Welding* |
| 10/30/2017 | **Brief    Index # 257**<br>*Reply Brief in Support of Joint Motion for Limited Stay and Motion for New Scheduling Order* |
| 10/30/2017 | **Service Document    Index # 258**<br>*Certificate of Service - Pathroff, Grant, Rschider, Weamer, McNulty, McCamy, Van Grinsven and Thompson* |
| 10/30/2017 | **Order    Index # 259**<br>*Order Denying Motion for Limited Stay and New Scheduling Order* |
| 12/12/2017 | **Notice of Hearing    Index # 260**<br>*Telephonic Status Conference* |
| 01/04/2018 | **Status Conference**  (1:00 PM) (Judicial Officer Johnson, Benjamen J)<br>*conf # 920089*<br>Result: Hearing Ended |
| 01/05/2018 | **Notice of Hearing    Index # 261**<br>*Telephonic Status Conference* |
| 01/16/2018 | *CANCELED*   **Pretrial Conference**  (2:00 PM) (Judicial Officer Johnson, Benjamen J)<br>*Other* |
| 01/17/2018 | *CANCELED*    **Jury Trial**  (9:00 AM) (Judicial Officer Johnson, Benjamen J)<br>*Per Judge*<br>*9-p, 8-d* |
| 07/16/2018 | **Status Conference**  (9:00 AM) (Judicial Officer Johnson, Benjamen J)<br>*conf # 920089*<br>Result: Hearing Ended |
| 07/16/2018 | **Notice of Hearing    Index # 262**<br>*Telephonic Status Conference* |
| 08/13/2018 | **Notice    Index # 263**<br>*Notice of Change of Firm Name and Email Addresses and Notice of Attorney Corrections* |
| 08/13/2018 | **Service Document    Index # 264**<br>*Certificate of Service on Pathroff, Grant, Tschider, Weamer, McNulty, McCamy, Van Grinsven, Thompson, Jensen, Camp Land Surveyors PLLC, McCormick, and Sandcreek Welding, Inc.* |
| 09/11/2018 | **Status Conference**  (9:30 AM) (Judicial Officer Johnson, Benjamen J)<br>*conf # 920089*<br>Result: Hearing Ended |
| 09/12/2018 | **Notice of Hearing    Index # 265**<br>*Telephonic Status Conference* |
| 12/04/2018 | **Status Conference**  (4:00 PM) (Judicial Officer Johnson, Benjamen J)<br>*conf # 920089*<br>Result: Hearing Ended |
| 12/05/2018 | **Notice of Hearing    Index # 266**<br>*Telephonic Status Conference* |
| 03/15/2019 | **Status Conference**  (9:00 AM) (Judicial Officer Johnson, Benjamen J)<br>*conf # 920089* |

**EXHIBIT "I"**
**Page 8 of 10**

| | | | | |
|---|---|---|---|---|
| | Result: Hearing Ended | | | |
| 04/03/2019 | **Service Document**       Index # 267 | | | |
| | *Affidavit of Service on Counsel of Record and Mailing to Parties not represented by Counsel* | | | |
| 04/03/2019 | **Proposed Order**      Index # 268 | | | |
| | *for Stay filed by Attorney Nicholas C. Grant* | | | |
| 04/05/2019 | **Order**      Index # 269 | | | |
| | *for Stay* | | | |

---

FINANCIAL INFORMATION

| | | | | |
|---|---|---|---|---|
| | **Defendant** Camp Land Surveyors PLLC | | | |
| | Total Financial Assessment | | | 50.00 |
| | Total Payments and Credits | | | 50.00 |
| | **Balance Due as of 08/25/2020** | | | **0.00** |
| 11/21/2014 | Transaction Assessment | | | 50.00 |
| 11/21/2014 | E-File Payment | Receipt # 53-2014-11888 | Camp Land Surveyors PLLC | (50.00) |
| | **Defendant** KLE Construction LLC | | | |
| | Total Financial Assessment | | | 50.00 |
| | Total Payments and Credits | | | 50.00 |
| | **Balance Due as of 08/25/2020** | | | **0.00** |
| 03/10/2014 | Transaction Assessment | | | 50.00 |
| 03/10/2014 | E-File Payment | Receipt # 53-2014-2320 | KLE Construction, LLC | (50.00) |
| | **Defendant** SE/Z Construction LLC | | | |
| | Total Financial Assessment | | | 50.00 |
| | Total Payments and Credits | | | 50.00 |
| | **Balance Due as of 08/25/2020** | | | **0.00** |
| 02/03/2014 | Transaction Assessment | | | 50.00 |
| 02/03/2014 | E-File Payment | Receipt # 53-2014-1056 | SE/Z Construction, LLC | (50.00) |
| | **Defendant** Strata Corporation | | | |
| | Total Financial Assessment | | | 50.00 |
| | Total Payments and Credits | | | 50.00 |
| | **Balance Due as of 08/25/2020** | | | **0.00** |
| 02/20/2014 | Transaction Assessment | | | 50.00 |
| 02/20/2014 | E-File Payment | Receipt # 53-2014-1697 | Strata Corporation | (50.00) |
| | **Defendant** The Sherwin-Williams Company | | | |
| | Total Financial Assessment | | | 50.00 |
| | Total Payments and Credits | | | 50.00 |
| | **Balance Due as of 08/25/2020** | | | **0.00** |
| 02/14/2014 | Transaction Assessment | | | 50.00 |
| 02/14/2014 | E-File Payment | Receipt # 53-2014-1532 | The Sherwin-Williams Company | (50.00) |
| | **Defendant** Xtreme Electric Contractors LLC | | | |
| | Total Financial Assessment | | | 50.00 |
| | Total Payments and Credits | | | 50.00 |
| | **Balance Due as of 08/25/2020** | | | **0.00** |
| 01/21/2014 | Transaction Assessment | | | 50.00 |
| 01/21/2014 | E-File Payment | Receipt # 53-2014-636 | Xtreme Electric Contractors, LLC | (50.00) |
| | **Plaintiff** The Westmoreland Company Inc. | | | |
| | Total Financial Assessment | | | 680.00 |
| | Total Payments and Credits | | | 680.00 |
| | **Balance Due as of 08/25/2020** | | | **0.00** |
| 12/16/2013 | Transaction Assessment | | | 80.00 |
| 12/16/2013 | E-File Payment | Receipt # 53-2013-12230 | The Westmoreland Company, Inc. | (80.00) |
| 09/22/2014 | Transaction Assessment | | | 50.00 |
| 09/22/2014 | E-File Payment | Receipt # 53-2014-9572 | The Westmoreland Company, Inc. | (50.00) |
| 09/23/2014 | Transaction Assessment | | | 50.00 |
| 09/23/2014 | E-File Payment | Receipt # 53-2014-9616 | The Westmoreland Company, Inc. | (50.00) |

**EXHIBIT "I"**

| 11/25/2019 | Transaction Assessment | | | 500.00 |
| 11/25/2019 | Mail Payment | Receipt # 53-2019-11348 | Holland & Hart LLP | (500.00) |

**EXHIBIT "I"**
**Page 10 of 10**